IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02727-BNB

JUSTIN RUEB, #94567, also known as
    JUSTIN J. RUEB and as
    JUSTIN JOSEPH RUEB,

    Plaintiff,

v.

ARISTEDES ZAVARAS,
EUGENE ATHERTON,
DENNIS BURBANK,
BRIAN BURNETT,
ANTHONY DECESARO,
JOHN DOE #1,
JOHN DOE #2,
JOHN DOE #3,
SUSAN JONES,
DONICE NEAL,
JOE ORTIZ,
LARRY REID,
WILLIAM RICHTER,
DAN SCHLESSINGER, and
JOHN SUTHERS,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the motion that Plaintiff, Justin Joseph Rueb, filed *pro se* on April 8, 2011, asking for this case to "move forward" as "non frivolous," and for the Court to serve Defendants.  **See** docket no. 20.  However, Mr. Rueb has filed an appeal (docket no. 16) in this case from the order denying permissive joinder (docket no. 4).  The disposition on appeal may affect the Plaintiff or Plaintiffs entitled to proceed in this action.  Therefore, the April 8 motion is denied as premature.

Dated:  April 11, 2011